## UNITED STATES DISTRICT COURT
Eastern District of North Carolina

MICHELE C. BROWN,
    Plaintiff,

v.

CITIBANK, SOUTH DAKOTA N.A.,
BERNHARDT AND STRAWSER, P.A.,
ROBERT J. BERNHARDT, JANE DOE,
JOHN DOE, AND ONE UP,
    Defendants.

**Judgment in a Civil Case**
Case Number: 5:06-CV-123-FL

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. **The court entered an order on October 25, 2006 granting defendants' motions to dismiss for failure to state a claim pursuant to F.R.C.P. 12(b)(6), and plaintiffs claims were dismissed with prejudice in their entirety. The court also granted Citibank's motion for sanctions.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this court directed defendant Citibank to file a verified statement accounting for the costs and attorneys' fees incurred in this matter. Upon review of the submitted affidavit and supporting documentation, the court imposes sanctions on plaintiff and awards $4,200.00 to defendant Citibank.

SO ORDERED: Louise W. Flanagan, Chief United States District Judge

JUDGMENT FILED AND ENTERED THIS 14TH DAY OF NOVEMBER 2006, AND COPIES MAILED TO:

Michele C. Brown
5063 Cokesbury Rd.
Fuquay Varina, NC 27526

Camden R. Webb
1985 Eastwood Rd.
Suite 200
Wilmington, NC 28403

Kenyann B. Stanford
P. O. Box 1351
Raleigh, NC 27602-1351

November 14, 2006    MICHAEL BROOKS, ACTING CLERK

    /s/Donna Rudd
    (by) Deputy Clerk